| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | LETITIA R. KIM (CSBN 200142) |
| | Assistant United States Attorney |
| 4 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7181 |
| 6 | Facsimile: (415) 436-6748 |
| | Email: letitia.r.kim@usdoj.gov |
| 7 | |
| | Attorneys for Defendant |
| 8 | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 13 | DEBRA CRIVELLO, | ) | No. C 06-3831 MJJ |
| 14 | Plaintiff, | ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| 15 | v. | ) | |
| 16 | UNITED STATES OF AMERICA, | ) | |
| 17 | Defendant. | ) | |
| 18 | | ) | |

PLEASE TAKE NOTICE that representation of Defendant has been reassigned to Letitia R. Kim, Assistant United States Attorney. Please direct all notices, pleadings, and correspondence to her at the above address. While Kevin V. Ryan and Joann M. Swanson will appear on the pleadings, no service need be made on them.

DATED: August 16, 2006               Respectfully submitted,

                                      KEVIN V. RYAN
                                      United States Attorney

                                           /s/
                                      _____
                                      LETITIA R. KIM
                                      Assistant United States Attorney

IT IS SO ORDERED
Judge Martin J. Jenkins
8/21/06

Subst. of Counsel
No. C 06-3831 MJJ