MARK EPSTEIN (California Bar No. 159801)
PETER C. CATALANOTTI (California Bar No. 230743)
KRISTINA M. WERTZ (California Bar No. 235441)

THE EPSTEIN GROUP
2358 Market Street, Third Floor
San Francisco, California 94114
Telephone: (415) 863-5718
Facsimile: (415) 863-8719
Email: mepstein@epsteingroup.com

Attorneys for Plaintiff
DEBRA CRIVELLO

SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
LETITIA R. KIM (California Bar No. 200142)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: letitia.r.kim@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DEBRA CRIVELLO, | ) | Case No. C 06-3831 MJJ |
| Plaintiff, | ) ) | STIPULATION FOR DISMISSAL OF ACTION **WITH PREJUDICE**; |
| v. | ) ) | [~~PROPOSED~~] ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

The parties have settled this lawsuit. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to dismiss this action **with prejudice**.

Stip. for Dismissal w/Prej.; [Prop.] Order
Case No. C 06-3831 MJJ                    -1-

| | | |
|---|---|---|
| 1 | Dated: July 16, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | /s/ |
| 5 | | LETITIA R. KIM<br>Assistant United States Attorney<br>Attorneys for Defendant |
| 6 | | |
| 7 | | EPSTEIN GROUP |
| 8 | | /s/ |
| 9 | | KRISTINA M. WERTZ<br>Attorneys for Plaintiff |

Stip. for Dismissal w/Prej.; [Prop.] Order
Case No. C 06-3831 MJJ                      -2-

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Pursuant to the parties' stipulation, the Court hereby dismisses this action with prejudice. |
| 3 | IT IS SO ORDERED. |

Dated: 7/19/2007

*/s/ Martin J. Jenkins*
MARTIN J. JENKINS
United States District Judge